

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022
```

**By ECF/Letter**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

4/26/2022
GRANTED
So Ordered.

*Robert W. Lehrburger*
United States Magistrate Judge
Southern District of New York

  Re: *United States v. Justin Green*, 22 MAG 02676

Dear Judge Lehrburger,

  With the consent of defense counsel, the Government respectfully requests that the Court modify the defendant's bail conditions to remove the condition that the defendant is to avoid contact with victims and witnesses.

  Pretrial Services, by Officer Viosanny Harrison, has no objection to this request.

           Very truly yours,

           DAMIAN WILLIAMS
           United States Attorney

      By: _____
         Edward C. Robinson Jr.
         Assistant United States Attorney
         (212) 637-2273